## RUSSELL et al. v. UNITED STATES.
### No. 11014.

Circuit Court of Appeals, Fifth Circuit.
Dec. 18, 1944.

Jack D. Evans and Randall Evans, Jr., both of Thomson, Ga., for appellants.

J. Saxton Daniel, U. S. Atty., and Green B. Everitt, Asst. U. S. Atty., both of Savannah, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

There was no error in permitting, by way of impeachment, cross-examination of the accused, who offered themselves as witnesses, touching previous convictions of crime; nor in the action of the court touching the argument of the district attorney.

Judgment affirmed.